# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHER DIVISION

DANIEL H. JERROLDS,

    Plaintiff,

                                                Case No: 10-CV-15095-DT

v.

                                                HONORABLE DENISE PAGE HOOD

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

_____/

## **JUDGMENT**

In accordance with the Order entered this date and the Court having entered an order granting Defendant's Motion for Summary Judgment and dismissing the case;

Accordingly, judgment is entered in favor of Defendant Commissioner of Social Security and against Daniel H. Jerrolds.

                                                                                   DAVID J. WEAVER
                                                                                   CLERK OF COURT

Approved:                                                    By: s/LaShawn R. Saulsberry
                                                                                 Deputy Clerk

s/Denise Page Hood
DENISE PAGE HOOD
United States District Judge

DATED: January 31, 2012

Detroit, Michigan

I hereby certify that a copy of the foregoing document was served upon counsel of record on January 31, 2012, by electronic and/or ordinary mail.

                                                S/LaShawn R. Saulsberry
                                                Case Manager